Let's just wait a minute for people to shuffle out of the room. Okay, Ms. Alicia. Go ahead. Good morning, Your Honors. This is a matter of civil deprivations. I apologize if I read on. I'm an American with disabilities, including traumatic brain injury, that causes me poor memory, including dementia-like behaviors. To begin this oral argument, I will raise my left hand, which I lost functionality from fleeing Bridgeport police harm, leading to the loss of my career with children and adolescents within our CSSD and DCF system, which requires restraining CPR, AED certification. I'm requesting that these police be held accountable, and I am compensated for losses. I believe justice has not been served. Bridgeport police entered appellant's apartment without consent from owner on what was considered a health wellness check. Bridgeport police officers that came to my dwelling were unprofessional, unprepared, untrained, with no knowledge of brain health issues, treated appellant with bias due to having mental health disorders. Entering my residence without giving audible notice of the officer's presence, entrance, authority, and purpose before entering, viewing appellant naked body and torso full of sutures. Police used excessive force for what was supposed to be a health wellness check, breaking down the door and having appellant leave for the safety of her own life to avoid harm by police, which are known in Bridgeport to terrorize and even murder civilians. For example, Jason Negron, 15-year-old child, and Marine veteran Jonathan Bell in 2024. These police should be held accountable for unprofessional and terrorizing acts performed that day. Officer Swicks and his fellow officers were biased, discriminating against my mental health status and class of people, including the police, including the place I lived at. Officer Swicks, Rivera, Delacuente, Cruz, and Officer Brunello made the decisions to break the constitutional law of the Fourth Amendment, which also includes being treated with dignity. According to Section 21 and 22, the limits on consent searches limit circumstances under which law enforcement officials may conduct consent searches on an individual's body. Officer Rivera was seen watching over my body for several minutes while I was out the window inside my home unwell. A consent search is a search conducted after a person with authority to do so voluntarily waives his or her Fourth Amendment. Under the acts, an individual's consent to conduct a search of his or her body is not a justification for a law enforcement official to conduct the search unless there is probable cause. Mental health wellness check is not probable cause. Officer Swicks is seen in police footage asking Rios to press charges on appellant regardless there was no evidence of injury on Rios or stabbing done by Appellant Alisea, which never had a knife or anything depicting metal. The use of reporting that an individual with mental health has a knife with intent to harm is falsifying the report. It also shows bias and discrimination of disabled Americans. Reporting stabbing motions was fabricated by EMT along with Officer Swicks depicting prejudiced bias on mental illness and bullying the community that struggles with brain health. Appellant claims Fourth Amendment violations. The Fourth Amendment says there is protection of individual privacy and property rights. The right of the people to be secure in their persons, houses, papers, and effects against unreasonable search and seizures shall not be violated. And no warrant shall be issued but upon probable cause. Supported by oath or affirmation and particularly describing the place to be searched and the persons and things to be seized. I was in the confines of my home, not well, naked in a diaper, and I did not commit any crimes. I'm a disabled American with brain health issues that causes complications on daily functioning and living. Specifically, I have post-traumatic stress disorder and traumatic brain injury. A debilitating brain illness which is known to cause certain behaviors due to outstanding traumatic events, including paranoia, anxiety, hypervigilance, flashbacks, nightmares. Traumatic brain injury can cause depersonalization or blacking out, which is what occurred in 7-3-2020 when several police officers from Bridgeport showed up at my house. I was unwell and depersonalized. I believe I was expressing that I wanted to be left alone, including the use of objects like shells, a white blanket on a chair, claiming that my home was my sanctuary. I was triggered by police presence. I believe I was discriminated against for having brain health problems, just like Tatiana Jefferson, Sandra Massey, Parole Officer Sandy Guardiola, with fellow victims of police discrimination and bias during police wellness checks, which ironically never seems to go well at all. The individuals I mentioned were all unalive in wellness checks, and the two civilian males, which are in protected groups by the law, which is child Jason and grown under 16, and the active Marine Jonathan Bell member who was murdered by Bridgeport police officers. Our policing system does not have a place for outlaw officers or criminal police. Appellant had also already documented issues with ex-husband Ramon Rios, previous to the wellness check on 7-2018 and 2019. Appellant being physically and mentally unwell, officers took advantage of violating the laws that should have protected Appellant's Fourth Amendment right to be in her private home and treated with dignity. The right of the people to be secure in their persons and houses, papers and effects against unreasonable searches and seizures should not be violated and no warrants shall be issued unless upon probable cause. In conclusion, when our American society talks about health issues of cancer, diabetes, kidney failures, or other diseases, people tend to show compassion and understanding. However, when it comes to a debilitating brain disease, one of the most important organs in our body, we are criminalized. Given that having mental health is still a health issue, there is no probable cause for the officers to let themselves in my dwelling without consent, then re-entering by force to force commit me while I was naked in video recording Appellant in her birthday suit for about an hour was violating the Fourth Amendment. The right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures shall not be violated. It was violated that day, and no warrants shall be issued. No warrant was issued, but upon probable cause, and I repeat it again. Thank you, Your Honor, for your time. Thank you very much, Ms. Alessia. The case is submitted. Thank you.